IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ELLIOT,

      Plaintiff,           No. 2:10-cv-2980 MCE KJN P

   vs.

S. READDY, et al.,           ORDER

      Defendants.
                           /

        Presently pending before the court are three motions to dismiss filed, respectively, by defendants McHenry Medical Group, Beck and Liu. (Dkt. Nos. 28-30.) Several other defendants have yet to be served process in this action. In addition, the court granted plaintiff's motion for appointment of counsel, and awaits notification from the court's Alternative Dispute Resolution Program that an attorney has been located who is willing to voluntarily represent plaintiff in this action. Once plaintiff has obtained legal representation, and all defendants have been served, the court will issue an order setting forth the deadline for filing responsive pleadings. Pending such order, it is premature to address defendants' current motions.[1]

---

[1] The court acknowledges its order filed May 10, 2012, which granted defendants' motion for an extension of time within which to file their responsive pleadings. (Dkt. No. 22, 24.) However, in light of the current posture of this case, the extension of time was improvidently granted.

Accordingly, IT IS HEREBY ORDERED that defendants' pending motions to dismiss (Dkt. No. 28-30), are denied without prejudice; the motions may be re-filed upon further notification by the court.

SO ORDERED.

DATED: May 23, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

elli2980.mtd.dwop.