UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT ELLIOT,

        Plaintiff,                No. 2:10-cv-2980 MCE KJN P

    vs.

S. READDY, et al.,

        Defendants.        ORDER

_____/

        Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983. On February 3, 2012, plaintiff filed a motion for appointment of counsel pursuant to 28 U.S.C. § 1915(e)(1). (Dkt. No. 15.) On April 9, 2012, this court granted plaintiff's motion for appointment of pro bono counsel. (Dkt. No. 20.) Lisa D. Angelo has been selected from the court's pro bono attorney panel to represent plaintiff, and she has accepted the appointment.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Lisa D. Angelo is appointed as counsel in the above-entitled matter.

        2. Lisa D. Angelo shall notify Sujean Park, at (916) 930-4278 or via email at spark@caed.uscourts.gov, if she has any questions related to the appointment.

        3. The Clerk of the Court is directed to serve a copy of this order upon Lisa D. Angelo, Murchison & Cumming LLP, 801 South Grand Avenue, 9th Floor, Los Angeles,

California 90017.

   4.  Plaintiff's counsel is directed to this court's order filed June 6, 2012, granting plaintiff's request for an extension of time within which to provide the information necessary for the U.S. Marshal to serve process on defendant Moumeror. (See Dkt. No. 34.) Counsel shall assist plaintiff in providing this information to the court within 30 days after the filing date of this order, or shall so inform the court in writing why such information is unavailable.

   5.  Plaintiff's counsel is also directed to file, within 60 days after the filing date of this order, a statement indicating whether all defendants have been served process in this action; if service of process is completed earlier, counsel shall so inform the court; if service of process has not been completed at the end of this 60-day period, counsel shall inform the court of the problems associated with serving process, and shall provide a plan or recommendation for its completion.

   6.  All parties are informed that no pleadings responsive to the complaint (e.g., answers or motions to dismiss) shall be filed until further order of this court, which shall be contingent on all available defendants having been served process.

   SO ORDERED.

DATED: June 20, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

elli2980.apptng.cnsl