UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT ELLIOT,

      Plaintiff,               No. 2:10-cv-2980 MCE KJN P

  vs.

S. READDY, et al.,

      Defendants.          <u>ORDER</u>

_____/

      For the reasons stated in this court's orders filed May 24, 2012 (Dkt. No. 31), and June 20, 2012 (Dkt. No. 37), the motion to dismiss filed by defendants Doctors Hospital of Manteca, Inc., and Doctors Medical Center of Modesto, Inc. (Dkt. No. 38), is denied without prejudice to its renewal after all defendants have been served process in this action, and the court authorizes defendants' responses to the complaint.

////

////

////

////

////

////

1       Accordingly, the motion to dismiss filed by defendants Doctors Hospital of
2 Manteca, Inc., and Doctors Medical Center of Modesto, Inc. (Dkt. No. 38), is denied without
3 prejudice; the motion may be re-filed upon further order of this court.
4       SO ORDERED.
5 DATED: June 22, 2012

                                              _____
                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE

elli2980.vacateMTD.