IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ELLIOT,

        Plaintiff,                    No. 2:10-cv-02980 MCE KJN P

    vs.

SHANKARI READDY, M.D., et al.,

        Defendants.             [~~PROPOSED~~] ORDER

_____/

        Upon review of the Plaintiff's motion for leave to file a First Amended Complaint pursuant to Federal Rule of Civil Procedure 15 and Local Rules 220 and 137(c), the stipulation of all counsel of record agreeing to waive formal notice and service of the proposed First Amended Complaint attached to Plaintiff's motion, and good cause having been shown, IT IS HEREBY ORDERED that:

        1. The Plaintiff's motion to file the proposed First Amended Complaint (Dkt. No. 55), is granted;

        2. The First Amended Complaint attached to Plaintiff's motion, including the corresponding exhibits attached thereto (see Dkt. No. 55-1 through Dkt. No. 55-4), is accepted by the court and deemed filed as of the date of this Order.

////

3. The Clerk of Court is directed to separately file and so designate the First Amended Complaint and exhibits (currently Dkt. No. 55-1 through Dkt. No. 55-4), identifying each defendant on the title page of the docket.

4. Pursuant to plaintiff's notice of voluntary dismissal, and for the reasons set forth therein (see Dkt. No. 56), the Clerk of Court is also directed to note the dismissal of defendants Kenneth A. Liu, M.D., and Shijun Cui, M.D.

SO ORDERED.

DATED: August 28, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

elli2980.ord.re.srvc