IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ELLIOT,

    Plaintiff,                    No. 2:10-cv-2980 MCE KJN P

    vs.

S. READDY, et al.,                    ORDER

    Defendants.
_____/

        All parties are informed that, pursuant to the filing of plaintiff's First Amended Complaint, and defendants' waiver of formal notice and service thereto (see Dkt. No. 57), all defendants are now authorized to file their responsive pleadings. All deadlines for filing and serving a responsive pleading, as set forth in Rule 12(a)(1), Federal Rule of Civil Procedure, and for filing and serving an opposition to any motion to dismiss, as set forth in Local Rule 230(l), are hereby extended by 14 days, respectively; any reply shall be filed and served within the seven-day deadline prescribed by Local Rule 230(l).

        SO ORDERED.

DATED: September 11, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

elli2980.clarify

1