1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10   ROBERT ELLIOT,

11              Plaintiff,                    No. 2:10-cv-2980 MCE KJN P

12         vs.

13   S. READDY, et al.,

14              Defendants.             ORDER

15   _____/

16         Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42

17   U.S.C. § 1983.  On April 9, 2012, this court granted plaintiff's motion for appointment of pro

18   bono counsel.  (See Dkt. Nos. 15, 20.)  On June 20, 2012, attorney Lisa D. Angelo was selected

19   from the court's pro bono attorney panel to represent plaintiff.  (Dkt. No. 37.)  However,

20   pursuant to motion filed September 17, 2012, this court granted the request of plaintiff's counsel

21   to withdraw, due to a belatedly discovered conflict of interest.  (Dkt. Nos. 65, 66.)  On September

22   20, 2012, this court directed the Pro Bono Litigation Coordinator to locate another attorney,

23   admitted to practice in this court, willing to accept appointment as plaintiff's counsel; the court

24   stayed this action pending such appointment.  (Dkt. No. 66.)

25         The Pro Bono Litigation Coordinator, Sujean Park, has now notified the

26   undersigned that attorney E. Jacob ("Jacob") Lubarsky has been selected from the court's pro

1  bono panel to represent plaintiff, and has accepted the appointment.  Pursuant to this order, Mr.

2  Lubarsky is appointed to represent plaintiff.

3        This action presently proceeds on plaintiff's First Amended Complaint, filed

4  August 28, 2012 (Dkt. No. 58), for which all defendants have waived formal notice and service

5  thereto (Dkt. Nos. 55-3; 58-2).  The eleven defendants are variously represented by the Attorney

6  General's office and two private law firms.  This court will accord plaintiff's counsel adequate

7  time to become familiar with this action, and to file a status report, before authorizing the filing

8  of responsive pleadings.

9        In accordance with the above, IT IS HEREBY ORDERED that:

10        1.  Mr. Jacob Lubarsky is appointed as counsel to represent plaintiff in this action.

11        2.  Mr. Lubarsky shall notify Sujean Park, at (916) 930-4278 or via email at

12  spark@caed.uscourts.gov, if he has any questions related to the appointment.

13        3.  The stay in this action is hereby lifted; however, no defendant shall file a

14  responsive pleading until further order of this court.

15        4.  The motion to dismiss filed on September 7, 2012, by defendants Doctor's

16  Medical Center of Modesto, and Doctors Hospital of Manteca, is denied without prejudice to its

17  renewal after the court directs the filing of responsive pleadings.

18        5.  Within thirty (30) days from the filing date of this order, Mr. Lubarsky shall

19  file and serve a status report indicating whether plaintiff intends to proceed on the First Amended

20  Complaint (Dkt. No. 58) and, if so, whether there is any reason to further delay defendants' filing

21  of responsive pleadings; alternatively, plaintiff's counsel may seek leave to file a Second

22  Amended Complaint, together with a proposed Second Amended Complaint.

23  ////

24  ////

25  ////

26  ////

6.  The Clerk of Court is directed to serve a copy of this order upon Mr. Jacob Lubarsky, McKenna, Long, Aldridge LLP, 101 California Street, 41st Floor, San Francisco, California 94111.

SO ORDERED.

DATED:  November 27, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

elli2980.appt.cnsl.2