IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Robert Elliot

          Plaintiff(s)

vs.

S. Reddy, MD, et al.

          Defendants.

No. 10-cv-02980-MCE (KJN)

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, E. Jacob Lubarsky, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on November 27, 2012, by the Honorable Kendall J. Newman, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Personal attendance at hearings on defendants' motions to dismiss scheduled for March 21, 2013, at 10am in Courtroom 25. In order to attend in person, I will need to rent a car to travel from San Francisco, CA, to Sacramento, CA, and back as I do not own a vehicle. This estimated expense includes the ZipCar rental fee for the day ($80.48) and the toll for westbound travel on the San Francisco-Oakland Bay Bridge ($4.00).

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 84.50.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 10-cv-02980-MCE (KJN)

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $4.50 | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 18th day of March, 20 13, at San Francisco, California.

_____
Attorney for Plaintiff(s)

The above expenditure is ___✓___ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 3/20/2013

_____
United States ~~District~~ Judge/Magistrate