

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

Robert Elliot

        Plaintiff(s)

vs.

S. Reddy, et al.

        Defendants.

No. 2:10-cv-2980 MCE-KJN

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

## REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, E. Jacob Lubarsky, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on November 27, 2012, by the Honorable Kendall J. Newman, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

(1) Car rental to travel to depositions in Sacramento, CA ($93 plus $11 for Bay and Carquinez Bridges tolls).

(2) Deposition of Defendant Shankari Reddy, M.D. on November 22, 2013.

(3) Deposition of Defendant Colette J. Monteiro, R.N. on November 22, 2013.

(4) Court reporter for both depositions (both being held on same day in same location in Sacramento, CA; ($4.65/page + $225 court reporter appearance fee (only charged once for the day)).

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 1260.00 .

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:10-cv-2980 MCE-KJN

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $84.50 | Car rental & toll to travel to hearing - defendants' motions to dismiss | $84.50 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 17th day of November, 20 13, at San Francisco, California.

E. Jacob Lubarsky

Attorney for Plaintiff(s)

$104.00 car rental & toll for travel to deposition Nov. 22, 2013.

$1,260.00 expenses associated with Nov. 22, 2013 depositions* (See footnote below).

The above expenditure is __X__ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated:_____

United States District Judge/Magistrate

*Approval of these expenses is contingent on the submission, by plaintiff's counsel, of documentation demonstrating that such reimbursement (in whole or in part) was denied by the Court Reporters Board of California Transcript Reimbursement Fund.