Print Form

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Robert Elliot

Plaintiff(s)

vs.

S. Reddy, et al.

Defendants.

No. 2:10-cv-2980 MCE-KJN

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, E. Jacob Lubarsky                    , attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on November 27, 2012            , by the Honorable Kendall J. Newman                , United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Travel to California Institution for Men in Chino, California, for client meeting (pre-deposition meeting) and to defend Plaintiff's deposition taken by Defendants in this action.

Hotel (two nights) - $209.56
Roundtrip airfare from San Francisco to Ontario - $491.30
Car rental in Ontario, California for two days - $110.40

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ $825.00            .

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number:  2:10-cv-2980 MCE-KJN

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $84.50 | Car rental & toll for hearing on Defendants' Motions to Dismiss | $84.50 |
| $1260 | Car rental, court reporter for Defs. Reddy and Monteiro depositions | (pending) |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.


Signed this ⎡ 2nd ⎤ day of ⎡ December ⎤ , 20 ⎡13⎤ , at ⎡ San Francisco ⎤ , California.

_[signature]_

Attorney for Plaintiff(s)


The above expenditure is ___✓___ Approved  _____Denied

Or,

_____Good cause appearing therefore, this matter is set for discovery conference, pursuant

to rule _____, on _____ , at _____, ___.M. in Courtroom
Number_____.

Dated:  Dec 2, 2013

_[signature]_

United States District Judge/Magistrate