IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Robert Elliot

    Plaintiff(s)

vs.

S. Reddy, et al.

    Defendants.

No. 2:10-cv-2980 MCE-KJN

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, E. Jacob Lubarsky, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on November 27, 2012, by the Honorable Kendall J. Newman, United States District Judge/Magistrate.
I believe that the following course of action is reasonably necessary to the prosecution of this action:

Car rental and tolls to travel to deposition of subpoenaed witness P. Sahota, M.D. in Sacramento, CA (~$110).

Court reporter for Sahota deposition in Stockton, CA (~$600; aware the Court will not reimburse unless denied by court reporter's fund).

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ $750.00 .

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:10-cv-2980 MCE-KJN

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $84.50 | Car rental & toll for hearing on Defendants' Motions to Dismiss | $84.50 |
| $1260 | Car rental, court reporter for Defs. Reddy and Monteiro depositions | (pending) |
| $825 | Travel expenses related to client meeting and deposition defense | (pending) |
| $750 | Car rental, court reporter for Defendant Beck, M.D.'s deposition | (pending) |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 2nd day of December, 20 13, at San Francisco, California.

E. Jacob Lubarsky

Attorney for Plaintiff(s)

The above expenditure is __✓__ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, __.M. in Courtroom Number_____.

Dated: Dec 2, 2013

United States District Judge/Magistrate