UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ELLIOT,

    Plaintiff,

    v.

SHANKARI REDDY, et al.,

    Defendants.

No. 2:10-cv-02980-MCE-KJN P

ORDER

Having reviewed the parties' stipulation filed February 21, 2014, and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's opposition to defendant Phillip Beck, M.D.'s motion for summary judgment will be filed and served no later than March 21, 2014.

2. The hearing on defendant Phillip Beck, M.D.'s motion for summary judgment, previously scheduled to heard by this court on March 13, 2014, will now be heard on April 10, 2014.[1]

////

////

---

[1] The parties requested that the hearing be moved to April 4, 2014, a Friday. The undersigned convenes law and motion only on Thursdays; however, no law and motion is scheduled for April 3, 2014. Accordingly, the court has set the hearing for Thursday, April 10, 2014, at 10:00 a.m., in Courtroom No. 25.

3. Defendant Phillip Beck, M.D.'s reply in support of his motion for summary judgment, if any, will be due pursuant to the deadlines set forth in the Federal Rules of Civil Procedure and the Local Rules of the United States District Court, Eastern District of California.

SO ORDERED.

Dated: February 26, 2014

/elli29890.eot.sj

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE