UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ELLIOT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHANKARI REDDY, et al.,<br><br>　　　　Defendants. | No. 2:10-cv-02980-MCE-KJN P<br><br><br>ORDER |

　　　　Plaintiff proceeds in forma pauperis and with appointed counsel in this prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Both remaining defendants, who are represented by different counsel, have filed motions for summary judgment.  The motion for summary judgment filed by defendant Beck is currently scheduled for hearing on April 10, 2014.  The motion for summary judgment filed March 14, 2014, by defendant Reddy, is noticed for hearing on April 24, 2014.  Because these separate motions, and plaintiff's responses thereto, share pertinent facts and legal issues, the court finds that it would be in the best interests of the parties, and better serve the court, to hear these matters at the same time.

　　　　Accordingly, IT IS HEREBY ORDERED that the hearing on the motion for summary judgment filed by defendant Beck is moved from April 10, 2014, to April 24, 2014, at 10:00 a.m., in Courtroom No. 25, at which time the court will also hear the motion for summary judgment filed by defendant Reddy.  The briefing for each motion shall, respectively, adhere to the

1

1   schedule set forth in Local Rule 230(l).

2       SO ORDERED.

3   Dated:  March 18, 2014

5   /elli29890.hearings.

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2