UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ELLIOT,<br><br>          Plaintiff,<br><br>     v.<br><br>S. REDDY, et al.,<br><br>          Defendants. | No.  2:10-cv-2980 MCE KJN P<br><br><br><br>ORDER |

   Plaintiff, a state prisoner proceeding with appointed counsel, has requested that defendant Monteiro be dismissed from this action.  (See ECF No. 116.)

   Accordingly, IT IS HEREBY ORDERED that defendant Monteiro notify this court, within seven days, whether she has any objection to being dismissed from this action.  Should defendant fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

Dated:  March 18, 2014

/elli2980.59a.Mont.

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1