IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Robert Elliot

　　　　　　　Plaintiff(s)

vs.

Shankari Reddy, M.D., et al.

　　　　　　　Defendants.

No. 2:10-cv-02980-MCE (KJN)

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, E. Jacob Lubarsky, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on November 27, 2012, by the Honorable Kendall J. Newman, United States District Judge/Magistrate.
I believe that the following course of action is reasonably necessary to the prosecution of this action:

Mileage and parking reimbursement for travel to hearings on Defendants' motions for summary judgment on April 24, 2014.

Mileage of 175.2 miles round trip = $98.11.
Parking = $10.50

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ $108.61 .

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:10-cv-02980-MCE (KJN)

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $84.50 | Car rental & toll for Defendants' Motions to Dismiss | $84.50 |
| $91.30 | Car rental for third party witness deposition | $91.30 |
| $65.47 | Car rental for defendants' deposition | $65.47 |
| $811.26 | Travel and lodging for client meeting and defense of deposition | $811.26 |
| $105.76 | Car rental for defendants' deposition | $105.76 |
| $2,500.00 | Plaintiff's retention of expert witness | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 22nd day of April, 20 14, at San Francisco, California.

E. Jacob Lubarsky

Attorney for Plaintiff(s)

($108.61)

The above expenditure is ✓ Approved ___ Denied

Or,

____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule ____, on _____, at ____, ___.M. in Courtroom Number____.

Dated: April 23, 2014

United States District Judge/Magistrate