UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ELLIOT, | No. 2:10-cv-2980 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| SHANKARI REDDY, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 9, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendant Beck filed objections to the findings and recommendations, and plaintiff filed a response.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 9, 2014 are adopted in full;

2. Defendant Dr. Reddy's motion for summary judgment (ECF No. 119) is granted in full.

3. Defendant Dr. Beck's motion for summary judgment (ECF No. 106) is granted in part and denied in part.

4. Defendant Dr. Beck's motion for summary judgment on plaintiff's state law claim under California Civil Code section 52.1, is granted.

5. Defendant Dr. Beck's motion for summary judgment on plaintiff's claims of deliberate indifference to serious medical needs, and medical negligence, is denied.

6. This action proceeds on plaintiff's claims against Dr. Beck for deliberate indifference to serious medical needs, and medical negligence.

Dated:  June 25, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT