Peter J. Kelly, Esq., Bar No. 50878
Stephanie Roundy, Esq., Bar No. 211871
RIGGIO MORDAUNT & KELLY
A Professional Law Corporation
2509 West March Lane, Suite 200
Stockton, CA  95207
Telephone: (209) 473-8732

Attorneys for Defendant
PHILLIP BECK, M.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ELLIOTT, | Case No. 2:10-cv-2980 KJN P |
| Plaintiff(s), | |
| vs. | (~~PROPOSED~~) ORDER GRANTING EXTENSION OF DISCOVERY |
| SHANKARI REDDY, M.D., PHILLIP BECK, M.D., and COLETTE J. MONTEIRO, R.N. | |
| Defendant(s). | |

Plaintiff is a state prisoner proceeding through counsel. The only remaining defendant in this case is Phillip Beck, M.D.  On July 8, 2014, the parties filed a stipulation to reopen discovery regarding the elements of causation and damages. The Court determined there was good cause to reopen discovery, and by way of an order on July 18, 2014, discovery was reopened until October 31, 2014.

On September 11, 2014, the parties filed a stipulation to extend the time for discovery until January 9, 2015.  The parties did not receive updated medical records until August 20, 2014.  These records identified two treating physicians, Dr. Boles Bishay and Dr. Luan Do, who need to be deposed regarding plaintiff's current medical condition and treatment if this case proceeds to trial.

On September 9, 2014, defendant received plaintiff's initial settlement demand in this case. The parties are currently discussing possible settlement of this matter.  Based on the foregoing, there is good cause to extend the discovery deadline to January 9, 2015.  This will allow the parties

1

(PROPOSED) ORDER GRANTING DISCOVERY EXTENSION

time to explore settlement negotiations without expending limited resources to take the depositions of Dr. Bishay and Dr. Do unless they are needed for trial.

Good cause appearing, IT IS HEARBY ORDERED that:

1. Discovery shall remain open until January 9, 2015.  Any motion pertaining to discovery shall be noticed for hearing on or before December 19, 2014.

Dated:  September 16, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/elli29980.prop.disc.eot.

2
(PROPOSED) ORDER GRANTING DISCOVERY EXTENSION