Peter J. Kelly, Esq., Bar No. 50878
Stephanie Roundy, Esq., Bar No. 211871
RIGGIO MORDAUNT & KELLY
A Professional Law Corporation
2509 West March Lane, Suite 200
Stockton, CA  95207
Telephone: (209) 473-8732

Attorneys for Defendants
PHILLIP BECK, M.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ELLIOTT,<br><br>             Plaintiff,<br><br>vs.<br><br>SHANKARI REDDY, M.D., PHILLIP BECK, M.D., and COLETTE J. MONTEIRO, R.N.<br><br>             Defendants. | Case No. 2:10-CV-2980 MCE KJN P<br><br>(PROPOSED) ORDER GRANTING EXTENSION OF DISCOVERY |

   Plaintiff is a state prisoner proceeding through counsel. The only remaining defendant in this case is Phillip Beck, M.D.

   Previously, on September 12, 2014, the parties filed a stipulation to extend the time for discovery until January 9, 2015.  The parties therein indicated that they had recently learned of two new treating physicians who needed to be deposed regarding plaintiff's current medical condition and treatment.  The parties also indicated that they were actively engaged in settlement negotiations.  The court determined that there was good cause for a discovery extension, and by way of an order filed September 17, 2014, directed that discovery remain open until January 9, 2015.

   The parties, through their counsel, have now stipulated to keep discovery open until March 13, 2015.  There is good cause for this discovery extension because the parties have indicated that they are still actively engaged in settlement negotiations in this case, and because plaintiff's counsel

1

---

(PROPOSED) ORDER GRANTING DISCOVERY EXTENSION

is currently in trial and expected to remain in trial until approximately December 24, 2014.

      Good cause appearing, IT IS HEARBY ORDERED that:

      1.  Discovery shall remain open until March 13, 2015.  Any motion pertaining to discovery shall be noticed for hearing on or before February 27, 2015.

Dated:  December 4, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

elli2980.prop.disc2.eot

2

(PROPOSED) ORDER GRANTING DISCOVERY EXTENSION