Peter J. Kelly, Esq., Bar No. 50878
Stephanie Roundy, Esq., Bar No. 211871
RIGGIO MORDAUNT & KELLY
A Professional Law Corporation
2509 West March Lane, Suite 200
Stockton, CA  95207
Telephone: (209) 473-8732

Attorneys for Defendant
PHILLIP BECK, M.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ELLIOTT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SHANKARI REDDY, M.D., PHILLIP BECK, M.D., and COLETTE J. MONTEIRO, R.N.<br><br>　　　　Defendants. | Case No. 2:10-CV-2980 KJN (PC)<br><br>ORDER FOR DISMISSAL |

Pursuant to a settlement between the parties, a Stipulation for Dismissal between counsel for plaintiff Robert Elliot and defendant Phillip Beck, M.D. was filed with the court on February 25, 2015.  Dr. Beck was the only remaining defendant in this case.  Accordingly, IT IS HEREBY ORDERED that this matter be dismissed in its entirety with prejudice.  The Clerk of the Court is directed to close this case.

　　　　IT IS SO ORDERED.

Dated:  March 13, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT